UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV-17-07101 JAK (PLAx) | Date | August 20, 2020 |
| Title | Noon S. Salih et al. v. United States Citizenship and Immigration Services et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Valencia Vallery | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER RE NOTICE OF DISMISSAL (DKT. 18) (JS-6)

Plaintiff brought this action against United States Citizenship & Immigration Services, several USCIS officials, the Secretary of the Department Homeland Security, and the United States Attorney General (collectively, "Defendants") in September 2017. Dkt. 1. On February 26, 2018, Defendants filed an answer. Dkt. 15. On March 23, 2018, Plaintiff filed a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 18.

A plaintiff may only dismiss an action without a court order by filling a notice of dismissal 'before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Because Defendants had filed an answer prior to the filing of the Notice of Dismissal, it was not effective. However, in the interests of judicial economy, the Notice of Dismissal is treated as a request for the court to dismiss the case, pursuant to Fed. R. Civ. P. 41(a)(2).

"A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001). Because the prior dismissal was not opposed, there will be no prejudice to Defendants if the action is dismissed. Therefore, the deemed motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2) is **GRANTED** and this action is **DISMISSED**, with the dismissal deemed effective as of March 13, 2018, when Plaintiff filed the Notice of Dismissal.

**IT IS SO ORDERED.**

|  |  :  |
|---|---|
| Initials of Preparer | vrv |